IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. HOLLIDAY, <br><br> Defendant. | CR 05-136-BLG-SPW <br><br> ORDER |

For the reasons stated on the record, MICHAEL J. HOLLIDAY is hereby released from the custody of the U.S. Marshals Service.

DATED this 17th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1