IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. HOLLIDAY,<br><br>Defendant. | Case No. CR-05-136-BLG-SPW<br><br>ORDER TO CONTINUE<br>REVOCATION HEARING |

Defendant Michael J. Holliday having filed an Unopposed Motion to Continue the Revocation Hearing (Doc. 95), and good cause appearing therefore;

IT IS HEREBY ORDERED that the revocation hearing presently set for July 9, 2021, at 9:30 a.m., is **VACATED**.

IT IS FURTHER ORDERED that the revocation hearing is **RESET** for **Friday, July 30, 2021 at 10:30 a.m.**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of June, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE